**Jacqueline N. WALKER,**
**Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103050**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: February 16, 2016

Andrew E. Zliet, Assistant Public Defender, 1010 Market Street, Suite 1100, St. Louis, MO 63101, Attorney for Appellant.

Chris Koster, Attorney General, Colette Neuner, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, Attorney for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

*ORDER*

PER CURIAM

Jacqueline N. Walker appeals from the motion court's entry of judgment denying, without an evidentiary hearing, her amended Rule 24.035 Motion to Vacate, Set Aside, or Correct Judgment and Sentence. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claim of error to be without merit. No error of law appears.

An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).